United States District Court
Northern District of California

# CRIMINAL COVER SHEET

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**Case Name:**
USA v. KORI NICOLE ELLIS

**Case Number:** CR 15 402 MMC

**Total Number of Defendants:**
1 ✓    2-7 ☐    8 or more ☐

**Is This Case Under Seal?**
Yes ☐    No ✓

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
Yes ☐    No ✓

**Venue (Per Crim. L.R. 18-1):**
SF ✓    OAK ☐    SJ ☐    EUR ☐    MON ☐

FILED
AUG 11 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Is any defendant charged with a death-penalty-eligible crime?**
Yes ☐    No ✓

**Assigned AUSA (Lead Attorney):**
SARAH HAWKINS

**Is this a RICO Act gang case?**
Yes ☐    No ✓

**Date Submitted:**
08/11/2015

**Comments:**





July 2013