UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:15-CR-0402 MMC |
| Plaintiff, | [~~PROPOSED~~] ORDER OF DETENTION |
| v. | |
| KORI NICOLE ELLIS, | |
| Defendant. | |

Defendant Kori Nicole Ellis has been charged in an indictment with violations of Title 18, United States Code, Section 2252(a)(4)(B), possession of child pornography, Title 18, United States Code, Section 2252(a)(2), receipt of child pornography, Title 18, United States Code, Section 2252(a)(2), distribution of child pornography, and Title 18, United States Code, Section 2251 (a) and (e), production of child pornography.  The defendant made an initial appearance on August 17, 2015, and on August 20, 2015, the matter came before the Court for a detention hearing.  The defendant was present and represented by Daniel Blank, Assistant Federal Defender.

Pretrial Services submitted a report that recommended detention, and a representative of Pretrial Services was present at the hearing.  The Government moved for detention, and Defendant opposed.  Prior to the hearing, the Government filed United States' Motion for Detention.  *See* Docket # 6.  Additionally, proffers and arguments regarding detention were submitted by the parties at the hearing.

The Court had before it the following: 1) evidence that the defendant encouraged individuals to abuse children, 2) the defendant's detailed and graphic descriptions of sexual abuse of children, 3) evidence that the defendant viewed the abuse of children on camera while showing an interest in that act, and 4) evidence that the defendant had contacted a minor, through electronic chats, discussed sexual activities, and exchanged photographs of a sexual nature.  *See* United States' Motion for Detention.

Upon consideration of these facts, the proffers and arguments presented, and for the reasons

stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant or will reasonably assure the safety of other persons and the community.  Accordingly, the defendant is ordered detained pending trial.

This order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by 18 U.S.C. § 3142(i)(1).  As noted on the record, the Court makes the following findings as a basis for its conclusion that no condition or combination of conditions will reasonably assure the safety of other persons and the community.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. Defendant Kori Nicole Ellis be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

2. Defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver defendant to an authorized United States marshal for the purpose of any appearance in connection with a court proceeding.

IT SO ORDERED.

DATED:  8/21/15

_____
HON. JOSEPH C. SPERO
United States Chief Magistrate Judge

DETENTION ORDER
Case No. 3:15-cr-0402 MMC                                 2