UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

| **Date:** August 26, 2015 | **Time:** 2:17-2:20 p.m. (3 minutes) | **Judge:** MAXINE M. CHESNEY |
|---|---|---|
| **Case No.:** 15-cr-00402-MMC-1 | **Case Name:** USA v. Ellis | |

**Defendant:**  Kori Nicole Ellis **(Present; Custody)**
**Attorney for Plaintiff:** Sarah Hawkins
**Attorney for Defendant:** Daniel Blank

**Deputy Clerk:**  Nikki D. Riley     **Court Reporter:** Kim Thorpe

PROCEEDINGS:  INITIAL STATUS CONFERENCE- HELD

**Notes:**  Matter is continued to September 9, 2015 at 2:15 p.m. for further status conference. The defendant is remanded into the custody of the U.S. Marshal.