ALBERT J. BORO, JR. (CA Bar #126657)
ajboro@boro-law.com
BORO LAW FIRM
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile: (415) 276-5870

Attorney for Defendant
PATRICK HARVEY

ORIGINAL FILED
2015 SEP 18 P 1:37
CLERK, SUSAN Y. SOONG
U.S. DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br><br>KORI NICOLE ELLIS,<br><br>　　　　Defendant. | No. CR-15-402-MMC<br><br>Filed: August 11, 2015<br><br>NOTICE OF RELATED CASE IN A CRMINAL ACTION |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br><br>PATRICK HARVEY,<br><br>　　　　Defendant. | No. CR-15-439-VC<br><br>Filed: September 10, 2015 |

　　Defendant Patrick Harvey ("Mr. Harvey"), pursuant to Criminal Local Rule 8-1, hereby notifies the Court that the two above-captioned criminal cases are related. The more recent charge filed on September 10, 2015, is the crime of possession of child pornography in violation of 18 U.S.C. § 2252(a)(4)(B), which is also one of the charges in the Indictment in Case No. CR-15-402-MMC, which is pending before the Honorable Maxine M. Chesney. In Case No. CR-15-402-

MMC, the defendant was arraigned on the charges on August 17, 2015, and two status conferences have been held. In Case No. CR-15-439-VC, Mr. Harvey was arraigned on the charge on September 14, 2015, and an initial status conference before the District Court Judge is set for October 13, 2015.

The cases are related within the meaning of Criminal Local Rule 8-1(b)(1) because the later filed Case No. CR-15-439-VC involves some of the same alleged events, occurrences, and transactions at issue in the earlier filed Case No. CR-15-402-MMC. Furthermore, the cases are related within the meaning of Criminal Local Rule 8-1(b)(2) because if heard by separate judges they likely would involve substantial duplication of labor by the two judges. The Criminal Complaint filed against Mr. Harvey includes factual allegations demonstrating that the two actions are related cases within the meaning of Criminal Local Rule 8-1. The Criminal Complaint was filed under seal and has not been unsealed. Concurrent with this Notice of Related Case, Mr. Harvey is filing an Administrative Motion to File Under Seal Declaration of Albert J. Boro, Jr. with Criminal Complaint and [Proposed] Sealing Order, so that the Court may review the allegations in the Criminal Complaint against Mr. Harvey that are relevant to this Notice of Related Case.

Per the requirement of Criminal Local Rule 8-1(c)(4), Mr. Harvey states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

Dated: September 18, 2015

Respectively Submitted:

BORO LAW FIRM

_____
ALBERT J. BORO, JR.

Attorney for Defendant
PATRICK HARVEY

# PROOF OF SERVICE
(Hand Delivery)

I am employed in the County of San Francisco, California. I am a citizen of the United States, over the age of 18, and am not a party to the action, captioned as *United States v. Patrick Harvey*, No. CR-15-439-VC (N.D. Cal.). My business address is 345 Franklin Street, San Francisco, California 94102.

On September 18, 2015, I served a copy of the attached document(s):

NOTICE OF RELATED CASE IN A CRIMINAL ACTION

on the following parties:

Sarah Hawkins, Esq.
450 Golden Gate Avenue, 11th Floor
P.O. Box 36055
San Francisco, CA 94102
Assistant United States Attorney

Attorney for Plaintiff United States of America in *United States v. Kori Nicole Ellis*, No. CR-15-402-MMC & *United States v. Patrick Harvey*, No. CR-15-439-VC (N.D. Cal.)

[ X ]   (By Hand Delivery) I caused on this date such document(s) to be delivered to the above-identified party by leaving such documents in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or with a person having charge thereof, at the attorney's office.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on September 18, 2015, at San Francisco, California.

*Violaine Brunet* (signature)
Violaine Brunet

NOTICE OF RELATED CASE
*U.S. v. Kori Nicole Ellis*, No. CR-15-402-MMC
*U.S. v. Patrick Harvey*, No. CR-15-439-VC