ALBERT J. BORO, JR. (CA Bar #126657)
ajboro@boro-law.com
BORO LAW FIRM
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile: (415) 276-5870

Attorney for Defendant
PATRICK HARVEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> KORI NICOLE ELLIS, <br><br> Defendant. | No. CR-15-402-MMC <br><br> Filed: August 11, 2015 <br><br> PROOF OF SERVICE OF <br> NOTICE OF RELATED CASE <br> IN A CRMINAL ACTION |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> PATRICK HARVEY, <br><br> Defendant. | No. CR-15-439-VC <br><br> Filed: September 10, 2015 |

Defendant Patrick Harvey ("Mr. Harvey") files this Proof of Service of Notice of Related Case in a Criminal Action, and hereby notifies the Court that on September 21, 2015, counsel for Mr. Harvey caused the Notice of Related Case in a Criminal Action to be served by hand on counsel for Defendant Kori Nicole Ellis in the earlier filed case captioned, *United States v. Kori Nicole Ellis,* No. CR-15-402-MMC (N.D. Cal.), in an envelope addressed to:

Daniel Paul Blank, Esq.
Federal Public Defender's Office
450 Golden Gate Ave., 19th Floor
San Francisco, CA 94102

On September 18, 2015, counsel for Mr. Harvey caused the Notice of Related Case in a Criminal Action to be served by hand on counsel for the Government in *United States v. Kori Nicole Ellis*, No. CR-15-402-MMC (N.D. Cal.), and *United States v. Patrick Harvey*, No. CR-15-439-VC (N.D. Cal.).

Dated: September 21, 2015              Respectively Submitted:

                                       BORO LAW FIRM


                                       /s/ Albert J. Boro, Jr.
                                       ALBERT J. BORO, JR.

                                       Attorney for Defendant
                                       PATRICK HARVEY

PROOF OF SERVICE OF NOTICE OF RELATED CASE
U.S. v. *Kori Nicole Ellis*, No. CR-15-402-MMC
U.S. v. *Patrick Harvey*, No. CR-15-439-VC

2

# CERTIFICATE OF SERVICE

*United States v. Patrick Harvey*, No. CR-15-439-VC (N.D. Cal.)

I hereby certify that on September 21, 2015, I electronically filed a true and correct copy of the foregoing document entitled, PROOF OF SERVICE OF NOTICE OF RELATED CASE IN A CRMINAL ACTION, with the Clerk of the Court using the Electronic Case Filing ("ECF") system which will send notification of such filing to the attorney for the United States:

Sarah Hawkins, Esq.
450 Golden Gate Avenue, 11th Floor
P.O. Box 36055
San Francisco, CA 94102
Assistant United States Attorney

Attorney for Plaintiff United States of America in *United States v. Kori Nicole Ellis*, No. CR-15-402-MMC & *United States v. Patrick Harvey*, No. CR-15-439-VC (N.D. Cal.)

I hereby further certify that on September 21, 2015, I caused a true and correct copy of the foregoing document to be delivered by hand to:

Daniel Paul Blank, Esq.
Federal Public Defender's Office
450 Golden Gate Ave., 19th Floor
San Francisco, CA 94102

Attorney for Defendant Kori Nicole Ellis


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on September 21, 2015, at San Francisco, California.

                          /s/ Albert J. Boro, Jr.
                          Albert J. Boro, Jr.