DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SHIAO C. LEE (CABN 257413)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, CA 94102
    Telephone: (415) 436-6924
    FAX: (425) 436-7234
    Shiao.lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-402 MMC |
| Plaintiff, | AMENDED [~~PROPOSED~~] ORDER REGARDING RESTITUTION PAYMENTS |
| v. | |
| KORI ELLIS, | Hon. Maxine M. Chesney |
| Defendant. | |

Defendant Kori Ellis has entered a plea of guilty to Production of Child Pornography in violation of 18 U.S.C. § 2251(a). At sentencing this Court deferred the question of restitution. Based upon the parties' stipulations and agreements, IT IS HEREBY ORDERED that the total restitution owed by Defendant Ellis is $2,800.00.

The parties agree that the individuals named below are "victims" in the case, meaning that they are "individual[s] harmed as a result of a commission of a crime" under Chapter 110 of Title 18, which includes defendant's crimes, as provided in 18 U.S.C. § 2259(c).

The parties agree that a reasonable, proportionate, and appropriate amount of restitution to be paid to the minor victim, "Sarah," from the "Marineland" series is as follows: $1,800.00 made payable

to "Carol L. Hepburn in trust for Sarah" to be sent by the Clerk's Office Financial Unit to the following address:

Carol L. Hepburn in trust for Sarah (15-CR-402-MMC)
200 1st Ave W., Suite 550
Seattle, WA 98119-4203

The parties further agree that a reasonable, proportionate, and appropriate amount of restitution to be paid to the minor victim in the "Tara" series is as follows: $1,000 to victim in the "Tara" series to the address of record for "Tara" which will be provided to the Northern District of California's Clerk's Office.

The Court will issue a judgment that reflects the restitution order. During imprisonment, payment of the restitution is due at the rate of not less than $25 per quarter and payment must be through the Bureau of Prisons Inmate Financial Responsibility Program. Once the defendant is on supervised release, restitution must be paid in monthly payments of not less than $150 or at least 10 percent of earnings, whichever is greater, to commence no later than 60 days from the date of ~~this order~~ release. Any established payment plan does not preclude enforcement efforts by the US Attorney's Office if the defendant has the ability to pay more than the minimum due. All criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

The Court vacates the restitution hearing currently scheduled for May 22, 2019.

DATED: May 21, 2019

*[signature]*
HON. MAXINE M. CHESNEY
United States District Judge