# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

**Request for Modifying the Conditions or Term of Supervision**
**from the Person Under Supervision**
*(Probation Form 49, Waiver of Hearings is Attached)*

| | |
|---|---|
| **Person Under Supervision** | **Docket Number** |
| Kori Ellis | 0971 3:15CR00402-001 MMC |

**Name of Sentencing Judge:**   The Honorable Maxine M. Chesney
Senior United States District Judge

**Date of Original Sentence:**   March 6, 2019

**Original Offense**
Count Four: Production of Child Pornography, 18 U.S.C. § 2251(a), a Class B Felony.

**Original Sentence:** Eighty-four (84) months custody and ten (10) years supervised release.

**Special Conditions:**   Special assessment $100; no computer without prior approval from probation; computer monitoring on any devices as directed; no access to internet without approval; consent to search and removal of devices by probation officer; no data encryption; not possess any child pornography; no on line pornography; shall not frequent or loiter within 100 feet of where children congregate; employment must be pre-approved; residence must be pre-approved; register as sex offender; submit to polygraph examinations; search; DNA collection, no weapons; shall not work in the sex industry; psychological testing as directed; .

| | |
|---|---|
| **Type of Supervision** | **Date Supervision Commenced** |
| Supervised Release | April 30, 2021 |
| **Assistant U.S. Attorney** | **Defense Counsel** |
| Shiao Lee | Daniel Blank  (AFPD) |

### Petitioning the Court

To modify the conditions of Supervised Release as follows:

> Kori Ellis shall participate in a mental health treatment program, as directed by the probation officer. Ms. Ellis is to pay part or all cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments shall never exceed the total cost of mental health counseling. The actual co-payment schedule shall be determined by the probation officer.

RE: Ellis, Kori 2
     0971 3:15CR00402-001 MMC

**Cause**

Kori Ellis recently released from the custody of the Bureau of Prisons. While she was an inmate completing her sentence at the Residential Reentry Center, she was meeting with a clinician at Dolan Mental Health. Now that Ms. Ellis has released from custody and started her term of supervised release, she would like to continue seeing the clinician at Dolan for support. United States Probation supports the continuity of services and this would also provide monitoring of any prescribed medications.

Therefore, it is respectfully recommended that the Court modify the conditions of supervised release to include a mental health condition. Ms. Ellis and the Assistant Federal Public Defender have been notified and support this modification.

Respectfully submitted,                          Reviewed by:

_____                  _____
Cristopher Taylor                                Jennifer J. James
U.S. Probation Officer Specialist                Supervisory U.S. Probation Officer
Date Signed: May 19, 2021

THE COURT ORDERS:

[x]  To modify the conditions of supervision as follows:

     Kori Ellis shall participate in a mental health treatment program, as directed by the probation officer. Ms. Ellis is to pay part or all cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments shall never exceed the total cost of mental health counseling. The actual co-payment schedule shall be determined by the probation officer.

[ ]  Submit a request for a warrant
[ ]  Submit a request for summons
[ ]  Other:

_____                  _____
    May 20, 2019                                 Maxine M. Chesney
Date                                             Senior United States District Judge